Oliver C. PRESS, Plaintiff-Appellee, v. The PENNSYLVANIA RAILROAD COMPANY, Defendant-Appellant.

No. 144.

Circuit Court of Appeals, Second Circuit.

Dec. 26, 1939.

Burlingham, Veeder, Clark & Hupper, of New York City (Ray Rood Allen and C. B. Manley O'Kelley, both of New York City, of counsel), for appellant.

Herbert Kaufman, of New York City (Jacquin Frank and Ralph E. Schneider, both of New York City, of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and PATTERSON, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Philip RICE, as owner of the scow "E. S. JOHNSON," and Nathan Galley, Libellants-Appellees, v. The CITY OF NEW YORK, Respondent-Appellee, Grace Iron & Steel Corporation and Luria Steel & Trading Corporation, Respondents-Appellants.

LURIA STEEL & TRADING CORPORATION, Libellant-Appellant, v. The CITY OF NEW YORK, Respondent-Appellee, Philip Rice, Respondent-Impleaded-Appellee, Grace Iron & Steel Corporation, Respondent-Impleaded-Appellant.

No. 153.

Circuit Court of Appeals, Second Circuit.

Jan. 8, 1940.

Max Rockmore, of New York City, for appellants.

Lynch & Hagen, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for libellants-appellees.

William C. Chanler, Corp. Counsel, of New York City (George Seagrave Franklin and John T. Condon, both of New York City, of counsel), for appellee City of New York.

Before SWAN, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Decree affirmed.

Benjamin RUBENSTEIN, Defendant-Appellant, v. UNITED STATES of America, Plaintiff-Appellee.

No. 7195.

Circuit Court of Appeals, Third Circuit.

Jan. 3, 1940.

Max Mehler, of Newark, N. J., for appellant.

Joseph W. Burns, Sp. Asst. to Atty Gen., for appellee.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

Our examination of the bill of exceptions in this case in the light of the appellant's argument discloses no error therein which affected his substantial rights. See Gleckman v. United States, 8 Cir., 80 F.2d 394.

The judgment of the district court is affirmed.